| | | |
|---|---|---|
| CLAUDE A. HARPER | * | IN THE |
| 714 Reservoir Street | | |
| Baltimore, MD 21217 | * | CIRCUIT COURT |
| | | |
| Plaintiff | * | FOR |
| | | |
| v. | * | BALTIMORE CITY |
| | | |
| ALLTITE GASKETS | * | |
| Serve On: | | |
| Resident Agent | * | CT-5 SHIPYARD CASES |
| 323 William Street | | |
| South River, NJ 08882 | * | COMPLAINT |
| | | |
| and | * | DEMAND FOR JURY TRIAL |
| | | |
| ANCHOR PACKING COMPANY | * | CASE NO.: 24x11000002 |
| Serve On: | | |
| Corporate Trust Center | * | |
| 1209 North Orange Street | | |
| Wilmington, DE 19801 | * | |
| | | |
| and | * | |
| | | |
| A.W. CHESTERTON COMPANY | * | |
| Middlesex Industrial Park | | |
| Stoneham, MA 02180 | * | |
| Serve on: | | |
| Gail Constantine | * | |
| P.O. Box 4004 | | |
| Woburn, MA 01888-4004 | * | |
| | | |
| and | * | |
| | | |
| BAYER CROPSCIENCE, INC. | * | |
| (Individually and as Successor In Interest | | |
| to Benjamin Foster Co., Amchem Products, Inc. | * | |
| H.B. Fuller Co., Aventis CropScience USA, Inc. | | |
| Rhone-Poulenc AG Company, Inc. | * | |
| Rhone-Poulenc, Inc. and Rhodia, Inc. | | |
| 600 Madison Avenue | * | |
| New York, NY 10022 | | |
| Serve On: | * | |
| CSC Lawyers Inc. Service Co. | | |
| 7 St. Paul Street, Suite 1660 | * | |
| Baltimore, MD 21202 | | |

and                                                            *

BONDEX INTERNATIONAL, INC.                                     *
100 Chesterfield Business Parkway, Suite 200
Chesterfield, MO 63005                                         *
Serve On:
President/Resident Agent                                       *
Bondex International, Inc.
100 Chesterfield Business Parkway, Suite 200                   *
Chesterfield, MO 63005
                                                               *
and
                                                               *
CBS CORPORATION f/k/a
WESTINGHOUSE                                                   *
Westinghouse Building
Gateway Center                                                 *
Pittsburgh, PA 15222
Serve On:                                                      *
CSC Lawyers Inc. Service Co.
7 St. Paul Street, Suite 1660                                  *
Baltimore, MD 21202
                                                               *
and
                                                               *
CERTAINTEED CORPORATION
Individually and as Successor to                               *
Bestwall Gypsum Co.
750 E. Swedesford Road                                         *
Valley Forge, PA 19482
Serve On:                                                      *
The Corporation Trust
300 East Lombard Street                                        *
Baltimore, MD 21202
                                                               *
and
                                                               *
CONWED CORPORATION
332 Minnesota Street                                           *
St. Paul, MN 55101
 Serve On:                                                     *
The Corporation Trust Company
Corporation Trust Center                                       *

2

1209 Orange Street
Wilmington, DE 19801                                    *

and                                                    *

COOPER INDUSTRIES, INC.                                *
(Individually and as Successors in Interest to
Crouse Hinds Co.)                                      *
2700 Two Houston Center
Houston, Texas 77002                                   *
Serve On:
The Corporation Trust, Inc.                            *
351 West Camden Street, 6th Floor
Baltimore, MD 21201                                    *

and                                                    *

CROKER & STALLINGS, INC                                *

and                                                    *

DeLAVAL, INC.                                          *
11100 North Congress Avenue
Kansas City, MO 64153

and

DURABLA MANUFACTURING COMPANY
821 Lancaster Avenue
Strafford-Wayne, PA 19087
Serve On:
William F. Mueller, Esquire
Clemente, Mueller & Tobia, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962-1296

and

E. L. STEBBING & COMPANY, INC.
1600 Clough Street
Baltimore, MD 21213
Serve On:
John J. Nagle, III

3

Bodie, Nagle, Dolina, Smith & Hobbs, P.A.
21 W. Susquehanna Ave.
Towson, MD 21204

and

FLINTKOTE COMPANY
Serve On:
The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

and

FOSTER WHEELER CORPORATION
110 S. Orange Avenue
Livingston, NJ 07039
Serve On:
President
Perryville Corporate Park
Clinton, NJ 08809-4000

and

FOSTER WHEELER ENERGY CORPORATION
Serve On:
President
53 Frontage Road
Clinton, NJ 08809-4000

and

GENERAL ELECTRIC COMPANY
1 River Road
Schenectady, NY
Serve On:
Resident Agent:
The Corporation Trust
351 West Camden Street, 6th Floor
Baltimore, MD 21201

and

GEORGIA PACIFIC, INC.

4

and

THE GOODYEAR TIRE & RUBBER CO.
1144 E. Market Street
Akron, OH 44316
Serve On:
The Corporation Trust, Inc.
351 West Camden Street, 6th Floor
Baltimore, MD 21201

and

GREEN, TWEED & CO.
(Individually and as Successor in Interest
to PALMETTO, INC.)
2075 Detwiler Road
Kulpsville, PA 19443
Serve On:
President and/or Resident Agent
Green, Tweed & Co.
2075 Detwiler Road
Kulpsville, PA 19443

and

HAMPSHIRE INDUSTRIES, INC.
f/k/a JOHN H. HAMPSHIRE CO.
320 West 24th Street
Baltimore, MD 21211
Serve On:
Resident Agent
Charles E. Fry, Jr.
Secretary/Treasurer
320 West 24th Street
Baltimore, MD 21211

and

H.B. FULLER COMPANY
f/k/a AMCHEM PRODUCTS, INC.
f/k/a Benjamin Foster
1200 Willow Lake Boulevard
P.O. Box 64683

St. Paul, Minnesota 55164-0683
Serve On:
c/o C.T. Corporation System
1515 Market Street
Philadelphia, PA 19109

and

HONEYWELL INTERNATIONAL, INC.
f/k/a ALLIED SIGNAL, INC.
Successor in Interest to the
BENDIX CORPORATION
Serve on:
The Corporation Service Co.
2711 Centerville Road
Suite 400
Wilmington, DE 19808

and

HOPEMAN BROTHERS, INC.
P.O. Box 820
Waynesboro, VA 22980
Serve On:
President
P.O. Box 820
Waynesboro, VA22980

and

INTERNATIONAL PAPER COMPANY
(Individually and as Successor to in Interest to
CHAMPION INTERNATIONAL CORPORATION
and U.S. PLYWOOD CORP.)
Stamford, Connecticut
Serve On:
The Corporation Trust, Inc.
351 West Camden Street, 6th Floor
Baltimore, MD 21201

and

J. E. STEIGERWALD COMPANY., INC.
Serve On:

6

J. Edgar Steigerwald, Jr.
3 Glenluce Court
Towson, MD 21204

and

JOHN CRANE-HOUDAILLE, INC.
f/k/a CRANE PACKING COMPANY
Morton Grove, IL 60053
Serve On:
President
John Crane-Houdaille, Inc.
6400 Oakton Street
Morton Grove, IL 60053

and

KAISER GYPSUM COMPANY, INC.
Kaiser Building
300 Lakeside Drive
Oakland, CA 94612
Serve On:
300 East John Carpenter FWY
Irving, TX 75062

and

LOFTON CORPORATION
(As Successor-in-Interest to
Wayne Manufacturing Corporation
and Hopeman Manufacturing Corpor ation)
Route 666
P.O. Box 478
Greenville, Virginia 24440
Serve On:
Resident Agent
Commonwealth Legal Services Corporation
4701 Cox Road
Suite 301
Greenville, VA 23060

and

MCIC f/k/a

7

McCORMICK ASBESTOS CO.
3624 Woodland Avenue
Baltimore, MD 21215
Serve On:
Robert I. McCormick
Resident Agent
11424 Crownhill Drive
Owings Mills, MD 21117

and

MELRATH GASKET, INC.
Serve On: 2901 W. Hunting Park Avenue
Philadelphia, PA 19129
Serve On:
Gavett & Datt, P.A.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

and

METROPOLITAN LIFE INSURANCE CO.
1 Madison Avenue
Manhattan, NY 10010
Serve On:
Teresa Wynn Roseborough
Metropolitan Life Insurance Co.
1 Metlife Plaza – Legal Department
27-01 Queens Plaza North – 6th Floor
Long Island City, NY 11101

and

ON MARINE SERVICES COMPANY,
formerly OGLEBAY NORTON COMPANY
1100 Superior Avenue
Cleveland, OH 44114
Serve On:
National Registered Agents, Inc.
145 Baker Street
Marion, OH 43302

and

8

OWENS-ILLINOIS GLASS CO.,
f/k/a OWENS-ILLINOIS, INC.
P.O. Box 1035
Toledo, OH 43604
Serve On:
Owens-Illinois, Inc.-Legal Dept.
One Michael Owens Way
Perrysburg, OH 43351-2999

and

PARAMOUNT PACKING & RUBBER CO.
Serve On:
Gavett & Datt, P.A.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

and

PFIZER CORPORATION
235 East 42nd Street
New York, NY 10017
Serve On:
President
235 East 42nd Street
New York, NY 10017

and

PHELPS PACKING & RUBBER CO.
Serve On:
Charles Phelps
Phelps Industrial
6301 Washington Boulevard
Elkridge, MD 21075

and

RPM, INC., (Individually and as Successor in
Interest to and/or alter ego of The Reardon
Company and Bondex International)
Serve On:
Prentice-Hall Corporation
50 West Broad Street

9

Suite 1800
Columbus, OH 43215

and

SELBY, BATTERSBY & COMPANY
a/k/a QUAKER CHEMICAL CORPORATION
5235 Whitby Avenue
Philadelphia, PA
Serve On:
Francis McGill Hadden, Esquire
Hecker Brown Sherry and Johnson
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

and

SQUARE D COMPANY
1415 S. Roselle Road
Palatine, IL 60067
Serve On:
The Corporation Trust, Inc.
351 West Camden Street, 6th Floor
Baltimore, MD 21201

and

UNIROYAL, INCORPORATED
Serve On:
President/CEO
70 Great Hill Road
Naugatuck, CT 06770

and

UNION CARBIDE CORPORATION
30 East 42nd Street
New York, NY 10017
Serve On:
The Corporation Trust, Inc.
351 West Camden Street, 6th Floor
Baltimore, MD 21201

and

UNIVERSAL REFRACTORIES COMPANY
P.O. Box 97
Wampum, PA 16151
Serve On:
Jill M. Blundon, Esq.
c/o Three Rivers Management, Inc.
One Oxford Centre, Suite 3000
Pittsburgh, PA 15219

and

WALLACE & GALE ASBESTOS
SETTLEMENT TRUST
Successor to the Wallace & Gale Company
Serve On:
Theodore F. Roberts, Esq.
Venable, LLP
210 W. Pennsylvania Avenue, Suite 500
Towson, MD 21204

and

WARREN PUMPS, INC.
Serve on:
The Corporation Service Co.
2711 Centerville Road
Suite 400
Wilmington, DE 19808

and

WAYNE MANUFACTURING
CORPORATION
P.O. Box 820
Waynesboro, VA 22980
Serve On:
Henry W. Hopeman
Former President and Director
2840 Reynolds Drive
Winston Salem, NC 27104-1904

and

11

WORTHINGTON PUMP INC.
f/k/a DRESSER PUMP DIVISION
150 Allen Road, Suite 102
Allen Center
Liberty Corner, NJ 07938
Serve On:
CSC Lawyers Inc. Service Co.
7 St. Paul Street, Suite 1660
Baltimore, MD 21202

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

Claude A. Harper, by his attorneys, Harry Goldman, Jr. and Robert G. Skeen, Skeen,

Goldman, L.L.P., sue the Defendants named in the caption herein and hereby adopts and

incorporates by reference the causes of action, allegations and respective paragraphs set forth in

the First Amended Master Complaint and Demand for Jury Trial, CT-5 Shipyard Cases as

follows:

As to Plaintiff CLAUDE A. HARPER:

1. Caption - Pages Nos. 1 through 6 inclusive;

   1(a) And in addition, Alltite Gaskets, Anchor Packing Company, A.W. Chesterton

Company, Bayer Cropscience, Inc., Bondex International, Inc., CBS Corporation f/k/a

Westinghouse, Certainteed Corporation, Conwed Corporation, Cooper Industries, Inc., Croker &

Stallings, Inc., DeLaval, Inc., Durabla Manufacturing Company, E. L. Stebbing & Company,

Inc., Flintkote Company, Foster Wheeler Corporation, Foster Wheeler Energy Corporation,

General Electric Company, Georgia Pacific, Inc., Goodyear Tire & Rubber Co., Green, Tweed &

Co., Hampshire Industries, Inc. f/k/a John H. Hampshire Co., H. B. Fuller Company f/k/a

Amchem Products, Inc. f/k/a Benjamin Foster, Honeywell International, Inc. f/k/a Allied Signal,

12

Inc., Hopeman Brothers, Inc., International Paper Company, J. E. Steigerwald Company, Inc., John Crane-Houdaille, Inc. f/k/a Crane Packing Company, Kaiser Gypsum Company, Inc., Lofton Corporation, MCIC f/k/a McCormick Asbestos Co., Melrath Gasket, Inc., Metropolitan Life Insurance Co., On Marine Services Company, Owens-Illinois Glass Co. f/k/a Owens-Illinois, Inc., Paramount Packing & Rubber Co., Pfizer Corporation, Phelps Packing & Rubber Co., RPM, Inc., Selby, Battersby & Company a/k/a Quaker Chemical Corporation, Square D Company, Uniroyal, Incorporated, Union Carbide Corporation, Universal Refractories Company, Wallace & Gale Asbestos Settlement Trust, Warren Pumps, Inc., Wayne Manufacturing Corporation and Worthington Pump Inc., f/ka/a Dresser Pump Division.  As to these defendants, all allegations against the asbestos manufacturer, distributer and supplier and installer defendants in the previously filed complaints are incorporated herein by reference.

   2. Parties Plaintiff And Defendant - Paragraphs Nos. 1 through 6.

      2(a)   Plaintiff repeats, realleges and incorporates by reference herein paragraphs 1, 1(a) hereinabove.

   3. Count I - Negligence - Paragraph Nos. 7 through 17 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

   4. Count II - Breach of Warranty - Paragraph Nos. 18 through 21 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

5. Count III - Product Defect/Strict Liability - Paragraph Nos. 22 through 25 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

6. Count IV - Tortious Civil Conspiracy - Paragraph Nos. 26 through 88 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

7. Count V - Fraudulent Concealment - Paragraph Nos. 89 through 93 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

8. Count VI - A First Claim by Plaintiff Claude Harper for Personal Injuries and Damages - Paragraph Nos. 94 and 96 through 99 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

9. Count VI - Paragraph No. 95 is adopted with the following modification:

Plaintiff was employed at Key Highway Shipyard from 1966 to 1968 and from 1970 to 1972 as a welder at Eastern Stainless Steel Co. (Eastmet), from 1975 to 1993 and from 1993 to 1998 in construction as a day welder.

14

10. Count VII - Paragraph No. 101 is adopted with the following modification: Plaintiff was employed at Key Highway Shipyard from 1966 to 1968 and from 1970 to 1972 as a welder at Eastern Stainless Steel Co. (Eastmet), from 1975 to 1993 and from 1993 to 1998 in construction as a day welder.

11. Count VII - paragraph Nos. 101 and 103 are adopted with the following modification: Plaintiff Claude Harper was diagnosed with lung cancer on June 20, 2010.

WHEREFORE, Plaintiff demands judgment in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements.

/s/ Harry Goldman
Harry Goldman, Jr.

/s/ Robert G. Skeen
Robert G. Skeen
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
(410) 837-4222
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff elects and prays to have this case tried by a jury.

/s/ Harry Goldman, Jr.
Harry Goldman, Jr.

## ADDITIONAL INFORMATION

## CLAUDE A. HARPER

Pursuant to Pre-Trial Order No. 3, Circuit Court for Baltimore City, Paragraph 3(G) the

following information or enclosures are provided:

(I) disease diagnosed: asbestos-related diseases, including asbestosis and lung cancer.

(ii) Plaintiff was diagnosed with lung cancer on June 20, 2010.

(iii) Plaintiff's partial social security printout is attached.


/s/ Harry Goldman. Jr.
Harry Goldman, Jr.
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
(410) 837-4222
Attorneys for Plaintiffs

16

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS        JOB:
VERSION 1984.002 * * *      FOR SSN       9458      * * *
```

```
FROM:  SOCIAL SECURITY ADMINISTRATION
       OFFICE OF CENTRAL RECORDS OPERATIONS
       BALTIMORE, MARYLAND  21235-0000
```

```
LEEANNE  BOYD                          NUMBER HOLDER NAME:
                                       CLAUDE   HARPER
301 N CHARLES ST

BALTIMORE                 MD   21201

PERIOD REQUESTED    JANUARY 1964  THRU  DECEMBER 1984
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT. - DEC | | TOTAL |
|------|-------------|--------------|-------------|------------|---|-------|
| EMPLOYER NUMBER:  69-0520174 CENTRAL PAYROLL BUREAU 1 PAYROLL DIRECTOR CITY HALL BALTIMORE  MD 21201-0000 | | | | | | |
| 1965 | | | | 112.50 | $ | 112.50 |
| 1971 | | | 255.00 | | $ | 255.00 |
| EMPLOYER NUMBER:  24-0526133 BETHLEHEM STEEL CORP 1170 8TH AVE ROOM 1439 BETHLEHEM  PA 18016-7600 | | | | | | |
| 1966 | | 719.93 | 1,434.41 | 1,324.77 | $ | 3,479.11 |
| 1967 | 1,324.27 | 708.62 | | | $ | 2,032.89 |
| 1968 | | | | 40.66 | $ | 40.66 |
| 1970 | 355.88 | 1,339.94 | 1,865.56 | 827.98 | $ | 4,389.36 |
| 1971 | 1,508.97 | 1,949.52 | 1,856.05 | 1,441.64 | $ | 6,756.18 |
| 1972 | 1,635.03 | 1,830.46 | 2,040.14 | 54.75 | $ | 5,560.38 |
| 1973 | | | 1,205.20 | | $ | 1,205.20 |

```
                              PAGE 001
```

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS          JOB:
VERSION 1984.002 * * *      FOR SSN        -9458        * * *


YEAR  JAN - MARCH  APRIL -JUNE  JULY - SEPT   OCT - DEC       TOTAL


EMPLOYER NUMBER:  35-9990000
DEPT OF THE ARMY-ACTIVE COMPONENT
DFAS-IN-FJC
8899 E 56TH ST
INDIANAPOLIS  IN 46249-3908

1967                    45.30      367.35      318.60 $       731.25
1968        344.85     386.10      413.10      617.85 $     1,761.90
1969        570.60     693.00      941.40      941.40 $     3,146.40
1970        292.88                                    $       292.88

EMPLOYER NUMBER:  52-0548895
AMPAT SOUTHERN CORP
6740 BAYMEADOW DR
GLEN BURNIE MD 21061-6412

1972                                         2,512.13 $     2,512.13
1973      2,678.85    1,632.16              2,627.24 $     6,938.25
1974      2,367.08                                    $     2,367.08

EMPLOYER NUMBER:  53-0185658
BLAKE CONSTRUCTION CO INC
1120 CONNECTICUT AVE NW SUITE 1200
WASHINGTON  DC 20036-3998

1973                               965.70      965.70 $     1,931.40

EMPLOYER NUMBER:  25-0760420
H H ROBERTSON CO
TWO GATEWAY CENTER
PITTSBURGH  PA 15222-1402

1974                  3,584.95    3,363.31              $     6,948.26
                                 PAGE 002
```

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS         JOB:
VERSION 1984.002 * * *      FOR           -9458        * * * .


YEAR   JAN - MARCH  APRIL -JUNE  JULY - SEPT   OCT - DEC      TOTAL


EMPLOYER NUMBER:  52-0959037
EASTMET CORP
PIPER & MARBURY
% DONNA F TRISCOLI ESQ
515 FAIRMOUNT AVE SUITE 800
TOWSON  MD 21204-5466

1975     1,911.59    3,988.88     5,171.74    3,027.79 $   14,100.00
1976     4,718.42    4,735.26     5,846.32             $   15,300.00
1977     4,195.76    4,792.18     6,423.90    1,088.16 $   16,500.00
1978       -            -            -           -     $   17,700.00
1979       -            -            •           -     $   22,900.00
1980       -            -            -           -     $   25,900.00
1981       -            -            -           -     $   29,700.00
1982       -            -            •           -     $   30,129.46
1983       -            -            -           -     $   29,252.17
1984       -            -            -           -     $   37,800.00

EMPLOYER NUMBER:  06-6033492
AETNA LIFE INSURANCE COMPANY
WATERLOO PLACE APARTMENTS
151 FARMINGTON AVE RS 11
HARTFORD  CT 06156-0001

1983       -            -            -           -     $    1,714.27

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   1997 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

                        PAGE 003 END
```



$6.490
US POSTAGE
FIRST-CLASS
FROM 21217
JAN 13 2011
stamps.com
062S0005970148

GENERAL ELECTRIC COMPA
The Corporation Trust, Inc.
351 W Camden St, FL 6
Baltimore MD 21201-2473



CERTIFIED MAIL

7253 5474 4500 8447 6434

stamps.com